**2014-1861**

_____

**IN THE
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**
_____

**IN RE STEPAN CO.**

_____

**UNOPPOSED MOTION OF APPELLANT FOR A 60-DAY
EXTENSION OF TIME TO FILE APPELLANT'S PRINCIPAL BRIEF**
_____

Thomas J. Wimbiscus
(Principal Counsel of Record)
George F. Wheeler
Alex Menchaca
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, Suite 3400
Chicago, IL 60661
(312) 775-8000

*Attorneys for Appellant*
Stepan Company

Pursuant to Rule 26(b) of the Federal Circuit Rules, Appellant Stepan Company ("Stepan") respectfully moves for a 60-day extension of time to file its principal brief.

This is the first request for an extension of time by the appellant in this matter.  Counsel for appellee, Ms. Coke Morgan Stewart (an Associate Solicitor for the United States Patent and Trademark Office), has stated that appellee does not oppose the requested extension.

As set forth in the declaration of Thomas J. Wimbiscus, principal counsel of record for appellant Stepan, good cause exists for the requested extension. Appellant's principal brief is currently due on December 1, 2014.  Lead counsel is part of a legal team scheduled for trial in an ITC investigation, 337-TA-910, during the week of December 1 – 5, 2014.  Lead counsel is also lead counsel in nine *inter partes* review proceedings in which Patent Owner Responses are due between December 22nd and 31st, 2014.

For the foregoing reasons, Stepan respectfully requests that the Court grant an extension of time, to and including January 30, 2015, in which to file the reply brief for appellant.

Dated:  November 7, 2014       */s/ Thomas J. Wimbiscus*       
Thomas J. Wimbiscus
George F. Wheeler
Alejandro Menchaca
McANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, Suite 3400
Chicago, Illinois 60661
(312) 775-8000
*Attorneys for Appellant*
Stepan Company

**2014-1861**

_____

**IN THE
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**
_____

**IN RE STEPAN CO.**

_____

**DECLARATION OF THOMAS J. WIMBISCUS SUPPORTING
UNOPPOSED MOTION OF APPELLANT FOR A 60-DAY
EXTENSION OF TIME TO FILE APPELLANT'S PRINCIPAL BRIEF**

I, Thomas J. Wimbiscus, in support of this unopposed motion for a 60-day extension of time, state that good cause exists for the requested extension, in view of the following facts:

1. I am Counsel for a respondent in International Trade Commission (ITC) Investigation No. 337-TA-910, *In the Matter of Certain Television Sets, Television Receivers, Television Tuners, and Components Thereof*.  The ITC has scheduled a trial in this matter from December 1 to 5, 2014, in Washington D.C.  I will be attending the trial.

2.  I am representing the patent owner in nine *Inter Partes* Review proceedings

    before the Patent Trial and Appeal Board of the United States Patent and

    Trademark Office ("PTAB"), having the following case numbers.

    > IPR2014-00617
    >
    > IPR2014-00619
    >
    > IPR2014-00620
    >
    > IPR2014-00629
    >
    > IPR2014-00633
    >
    > IPR2014-00637
    >
    > IPR2014-00638
    >
    > IPR2014-00646
    >
    > IPR2014-00647

    In each of these matters the deadline for our client to respond to the Petition

    for Inter Partes Review falls between December 22 and December 31, 2014.

3.  In my opinion, the present matter is of greater than average complexity for

    an appeal from the PTAB.  For example, the record below in the present

    matter is currently 5570 pages long, including voluminous factual evidence

    on presently disputed issues.  The PTAB decision of June 20, 2014, is 43

    numbered pages long, and affirms all the grounds of rejection made by the

    Examiner.

4. Tuesday November 11, Thursday November 27, and Thursday December 25, 2014, as well as Thursday January 1, 2015, are Federal holidays. Additionally, the office of Appellant's counsel will be closed for business on Friday November 28, 2014, on the afternoon of Wednesday December 24, and all day on Friday December 26, 2014.

I, Thomas J. Wimbiscus, declare under penalty of perjury that the foregoing is true and correct.

Dated:  November 7, 2014          */s/ Thomas J. Wimbiscus*
                                  Thomas J. Wimbiscus

## ORDER OF THE COURT

| The Appellant's Motion For Extension Of Time is DENIED.  Appellant's Brief shall be due December 1, 2014. | The Appellant's Motion For Extension Of Time is GRANTED.  Appellant's Brief shall be due January 30, 2015. |

Circuit Judge or Clerk          Date     Circuit Judge or Clerk          Date

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**
**IN RE STEPAN, Appeal No. 2014-1861**

## <u>APPELLANT'S CERTIFICATE OF INTEREST</u>

The undersigned counsel of record for the Appellant hereby certifies the following in compliance with Federal Circuit Rule 47.4:

1. The full name of every party or amicus represented by me is:

  Stepan Company.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

  Stepan Company.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

  None.

4. The names of all law firms and the partners or associates that have appeared for the party or amicus now represented by me in the trial court or agency or are now expected to appear in this court are:

  McAndrews, Held & Malloy, Ltd.: Thomas J. Wimbiscus, George Wheeler, and Alejandro Menchaca.

Dated:  November 7, 2014  */s/ Thomas J. Wimbiscus*
           Thomas J. Wimbiscus
           McANDREWS, HELD & MALLOY, LTD.
           500 West Madison Street, Suite 3400

Chicago, Illinois 60661
T: 312-775-8000
F: 312-775-8100
twimbiscus@mcandrews-ip.com

# <u>CERTIFICATE OF SERVICE</u>

I, Thomas J. Wimbiscus, being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

On **November 7, 2014**, I electronically filed the foregoing **UNOPPOSED MOTION OF APPELLANT FOR AN EXTENSION OF TIME TO FILE APPELLANT'S PRINCIPAL BRIEF**, **DECLARATION OF THOMAS J. WIMBISCUS SUPPORTING UNOPPOSED MOTION OF APPELLANT FOR A 60-DAY EXTENSION OF TIME TO FILE APPELLANT'S PRINCIPAL BRIEF**, and **CERTIFICATE OF INTEREST** with the Clerk of Court using the CM/ECF System, which will serve via e-mail notice of such filing to all counsel registered as CM/ECF users:

       Nathan K. Kelley – Solicitor
       Coke Morgan Stewart – Associate Solicitor
       Farheena Y. Rasheed – Associate Solicitor
       Office of the Solicitor
       United States Patent and Trademark Office
       Mail Stop 8
       P.O. Box 1450
       Arlington, VA  22313-1450

Dated:  November 7, 2014       */s/ Thomas J. Wimbiscus*
                            Thomas J. Wimbiscus
                            McANDREWS, HELD & MALLOY, LTD.
                            500 West Madison Street, Suite 3400
                            Chicago, Illinois 60661
                            T: 312-775-8000
                            F: 312-775-8100
                            twimbiscus@mcandrews-ip.com